■ The People of the State of New York, Respondent, v Andrew Goldstein, Appellant. [872 NYS2d 687]—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on or about November 2, 2006, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Mazzarelli, Sweeny, DeGrasse and Freedman, JJ.